Form a0ostyco

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re: Angela K Eberle

Debtor(s)

SSN/TAX ID:
xxx–xx–9134

Case No.: 2:09–bk–58587

Chapter: 7

Judge: C. Kathryn Preston

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY

On September 11, 2009, U.S. Bank, N.A. ("Movant") filed a motion (Doc. 15) seeking relief from the automatic stay imposed by 11 U.S.C. § 362 and/or the codebtor stay imposed by 11 U.S.C. § 1201 or § 1301.

The Movant has filed a certification that complies with Local Bankruptcy Rule 9021–(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and and 9021–1(a), Movant is hereby granted relief from the stay imposed by 11 U.S.C. § 362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or § 1301 to pursue its in rem remedies under non–bankruptcy law regarding the collateral described in the motion.

Movant is not granted relief from stay to pursue or initiate any collection action against the Debtor(s) personally. Nothing in this Order shall be construed to permit the Movant, its successors or assigns to proceed in personam against the Debtor(s). The Movant shall not initiate any proceeding against the Debtor(s) personally, nor shall any personal judgment be entered against the Debtor(s), nor shall Movant pursue collection activities against the Debtor(s) other than as specifically authorized herein.

**IT IS SO ORDERED.**

**Dated: October 8, 2009**

C. Kathryn Preston
United States Bankruptcy Judge